# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TOMMIE LEE CULLAR,**

    **Plaintiff,**

v.                                                    Case No: 6:14-cv-483-Orl-28DAB

**CITY OF ORLANDO, FLORIDA, THE CENTER FOR DRUG FREE LIVING, BUDDY DYER, OREN HENRY, DICK JACOBS, SUSAN HEISKELL, PHIL TOAL, MAYANNE DOWNS, PAUL AUSLEY and SCHARLENE AHMED,**

    **Defendants.**

## ORDER

This case is before the Court on Plaintiff's Motion for Leave to Proceed in Forma Pauperis/Affidavit of Indigency (Doc. No. 2) filed March 24, 2014. The United States Magistrate Judge has submitted a report recommending that the motion be denied and Plaintiff's Complaint be dismissed with leave to amend.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed April 16, 2014 (Doc. No. 5) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion for Leave to Proceed in Forma Pauperis/Affidavit of Indigency (Doc. No. 2) is **DENIED**.

3. Plaintiff's Complaint is **DISMISSED**.

4. Plaintiff is granted leave to file an amended complaint that asserts an action against the Center for Drug-Free Living ("Center") only for an (alleged) failure to comply with 24 C.F.R. § 574.310. Plaintiff may not assert claims against the City, its officials, its employees, or HUD employees. Any amended complaint must provide specific details of the Center's grievance procedure as applied to Plaintiff that he alleges were inadequate or failed to comply with § 574.310.

5. The amended complaint must be filed within fourteen (14) days from the date of this Order. Plaintiff's Motion for Extended Time to File Amended Complaint (Doc. 6) is **DENIED as moot**.

6. Failure to file an amended complaint within the time allowed herein may result in the closure of this file without further notice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 7 day of May, 2014.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

2